UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAEES ALAM QAZI a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

    Defendants.
                                /

## ORDER AND NOTICE OF HEARING

    THIS MATTER is before the Court on the Defendant's Motion to Compel the Government to Provide Him with Applications, Orders, and Any Other Materials Relating to Electronic Surveillance in the Instant Case (DE# 45) and the Defendant's Motion to Compel the Government to Provide Him with Applications, Orders, and Any Other Materials Relating to Physical Search in the Instant Case (DE# 46). This matter was referred to the undersigned by the Honorable Robert N. Scola, Jr. in accordance with 28 U.S.C. § 636(b) (DE# 47, 4/9/13). A status conference was held.  Accordingly, it is

    ORDERED AND ADJUDGED that this Court's Order on the Defendant's Amended Motion to Compel the Government to Provide Him with Advance Notice of Its Intent to Use or Disclose Information Obtained or Derived Pursuant to the FISA Amendments Act (FAA), 50 U.S.C. §1881a, which was entered on May 6, 2013 (DE# 77) is STAYED until the undersigned completes his review of the government's response to the aforementioned motions, which is due on July 17, 2013.  It is further

    ORDERED AND ADJUDGED that by **July  8, 2013**, the government shall provide its discovery to the defendants.

    PLEASE TAKE NOTICE that this matter is set for a status hearing before the undersigned on **Friday, July 26, 2013 at 10:00 A.M.** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in

the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **5th** day of June, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Scola
All counsel of record