UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
   a/k/a "Shan," and
SHEHERYAR ALAM QAZI,
      Defendants.

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this third supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  1.  Copies of audio recordings were provided to defense counsel on June 5, 2013 (9 DVDs).

Additionally, on June 5, 2013, counsel were advised that upon the providing of a 1 TB hard drive, they would receive a mirror imagine of various electronic items seized in this case, including, a laptop computer, a MP3 player, two external hard drives, a GPS, and cellular telephones.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal

Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:  /s/ *Karen E. Gilbert*
     Karen E. Gilbert
     Assistant United States Attorney
     Florida Bar No. 771007
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961- 9161
     Fax: (305) 536- 4675
     Karen.gilbert@usdoj.gov

cc:    Special Agent Paul Carpinteri
       FBI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** hereby certify that on June 12, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

          /s/ *Karen E. Gilbert*
          Assistant United States Attorney