

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-BLOOM/O'SULLIVAN(s)
18 U.S.C. § 2332a(a)
18 U.S.C. § 2339A(a)
18 U.S.C. § 2339B(a)(1)
18 U.S.C. § 371
18 U.S.C. § 111(a)(1)
18 U.S.C. § 1114(3)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
    a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

            Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

**Conspiring to Use a Weapon of Mass Destruction**
**(18 U.S.C. § 2332a(a))**

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through on or about November 29, 2012, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,**
**a/k/a "Shan," and**
**SHEHERYAR ALAM QAZI,**

did knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to use, without lawful authority, a weapon of mass destruction, that is, a destructive device, as defined in Title 18, United States Code, Section 921(a)(4), against

persons and property within the United States and with a facility of interstate commerce being used in furtherance of the offense, with a defendant traveling in and causing another to travel in interstate commerce in furtherance of the offense, and with the offense and the results of the offense, had those results occurred, affecting interstate commerce, in violation of Title 18, United States Code, Section 2332a(a).

## COUNT 2

### Conspiring to Provide Material Support to Terrorists
### (18 U.S.C. § 2339A(a))

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through on or about November 29, 2012, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,**
**a/k/a "Shan," and**
**SHEHERYAR ALAM QAZI,**

did knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to property, service, including financial services, lodging, communications equipment, and personnel, knowing and intending that they be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 2332a(a), that is, using a weapon of mass destruction; all in violation of Title 18, United States Code, Section 2339A(a).

## COUNT 3

### Providing and Attempting to Provide Material Support to Terrorists
### (18 U.S.C. § 2339A(a))

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through on or about November 29, 2012, in Broward County, in the Southern District

2

of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,**
a/k/a "Shan," and
**SHEHERYAR ALAM QAZI,**

did knowingly provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to property, service, including financial services, lodging, communications equipment, and personnel, knowing and intending that they be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 2332a(a), that is, using a weapon of mass destruction; all in violation of Title 18, United States Code, Sections 2339A(a) and 2.

## COUNT 4

### Conspiring to Provide Material Support to a Foreign Terrorist Organization
### (al-Qa'ida and al-Qa'ida in the Arabian Peninsula)
### (18 U.S.C. § 2339B(a)(1))

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through on or about November 29, 2012, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,**
a/k/a "Shan," and
**SHEHERYAR ALAM QAZI,**

did knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to property, service, including financial services, lodging, communications equipment, and personnel, to a Foreign Terrorist Organization, that is, al-Qa'ida and al-Qa'ida in the Arabian Peninsula, knowing

3

that those organizations have engaged and engage in terrorist activity, as defined in Title 8, United States Code, Section 1182(a)(3)(B); all in violation of Title 18, United States Code, Section 2339B(a)(1).

### COUNT 5

**Attempting to Provide Material Support to a
Foreign Terrorist Organization
(al-Qa'ida and al-Qa'ida in the Arabian Peninsula)
(18 U.S.C. § 2339B(a)(1))**

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through on or about November 29, 2012, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,
a/k/a "Shan," and
SHEHERYAR ALAM QAZI,**

did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to property, service, including financial services, lodging, communications equipment, and personnel, to a Foreign Terrorist Organization, that is, al-Qa'ida and al-Qa'ida in the Arabian Peninsula, knowing that those organizations have engaged and engage in terrorist activity, as defined in Title 8, United States Code, Section 1182(a)(3)(B); all in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

### COUNT 6

**Conspiring to Forcibly Assault a Federal Employee
(18 U.S.C. § 371)**

Beginning on a date unknown to the Grand Jury, and continuing through on or about April 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendants,

**RAEES ALAM QAZI,**
a/k/a "Shan," and
**SHEHERYAR ALAM QAZI,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to commit an offense against the United States, that is, to forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury upon, Sebastien Barrois and Michael Norwood, officers and employees of the United States Marshals Service, an agency in a branch of the United States Government, while they were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

### PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy to simultaneously and forcibly assault Deputy United States Marshals and inflict bodily injury upon them.

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants sought to accomplish the purpose and object of the conspiracy included, among other things, distracting Deputy United States Marshals and then simultaneously and forcibly assaulting and inflicting bodily injury upon them.

### OVERT ACTS

1. On or about April 8, 2014, **RAEES ALAM QAZI** and **SHEHERYAR ALAM QAZI**, while being moved within the United States Courthouse complex, simultaneously motioned with their heads to cause the Deputy United States Marshals to look at the ceiling.

2. On or about April 8, 2014, **RAEES ALAM QAZI** and **SHEHERYAR ALAM QAZI**, while the Deputy United States Marshals were momentarily distracted, simultaneously punched them in the face and struggled with them.

3. On or about April 8, 2014, **RAEES ALAM QAZI** and **SHEHERYAR ALAM QAZI**, while struggling with the Deputy United States Marshals, attempted to use potentially lethal force on them.

4. On or about April 8, 2014, **RAEES ALAM QAZI** and **SHEHERYAR ALAM QAZI**, while struggling with the Deputy United States Marshals, simultaneously exclaimed "Allahu Akbar," an Arabic exhortation meaning "God is Great."

All in violation of Title 18, United States Code, Section 371.

## COUNT 7

### Forcibly Assaulting a Federal Employee
### (18 U.S.C. § 111(a)(1))

On or about April 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

### RAEES ALAM QAZI,
### a/k/a "Shan,"

did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury upon, Sebastien Barrois, an officer and employee of the United States Marshals Service, an agency in a branch of the United States Government, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT 8

### Forcibly Assaulting a Federal Employee
### (18 U.S.C. § 111(a)(1))

On or about April 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

6

**SHEHERYAR ALAM QAZI,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury upon, Michael Norwood, an officer and employee of the United States Marshals Service, an agency in a branch of the United States Government, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT 9

### Attempting to Murder a Federal Employee
### (18 U.S.C. § 1114(3))

On or about April 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RAEES ALAM QAZI,**
**a/k/a "Shan,"**

with malice aforethought, did attempt to kill Sebastien Barrois, an officer and employee of the United States Marshals Service, an agency in a branch of the United States Government, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1114(3) and 1113.

## COUNT 10

### Attempting to Murder a Federal Employee
### (18 U.S.C. § 1114(3))

On or about April 8, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SHEHERYAR ALAM QAZI,**

7

with malice aforethought, did attempt to kill Michael Norwood, an officer and employee of the United States Marshals Service, an agency in a branch of the United States Government, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1114(3) and 1113.

A TRUE BILL

_____
FOREPERSON

*[signature]* , chief, Crim. Div
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
ADAM S. FELS
ASSISTANT UNITED STATES ATTORNEY

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  CASE NO. 12-60298-CR-BLOOM(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

RAEES ALAM QAZI,
a/k/a "Shan," and
SHEHERAY ALAM QAZI,

       **Defendants.**

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami   ___ Key West
___ FTL   ___ WPB   ___ FTP

New Defendant(s)   Yes ___   No _X_
Number of New Defendants
Total number of counts   10

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Pashto

4. This case will take _28_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   0 to 5 days   ___
   II   6 to 10 days   ___
   III   11 to 20 days   ___
   IV   21 to 60 days   _X_
   V   61 days and over   ___

   (Check only one)
   Petty   ___
   Minor   ___
   Misdem.   ___
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.   12-60298-CR-BLOOM(s)
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   11/29/2012
   Defendant(s) in state custody as of
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

                                            _____
                                            ADAM S. FELS
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No. A5501040

\*Penalty Sheet(s) attached                                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RAEES ALAM QAZI, a/k/a "Shan"

**Case No**: 12-60298-CR-BLOOM(s)

Count #: 1

Conspiring to Use a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiring to Provide Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

**\* Max. Penalty**: 15 Years' Imprisonment

Count #: 3

Providing Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

**\*Max. Penalty:** 15 Years' Imprisonment

Count #: 4

Conspiring to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\*Max. Penalty:** 15 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RAEES ALAM QAZI, a/k/a "Shan"

**Case No:** 12-60298-CR-BLOOM(s)

Count #: 5

Attempting to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\*Max. Penalty:** 15 Years' Imprisonment

Count #: 6

Conspiring to Forcibly Assault a Federal Employee

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 7

Forcibly Assaulting a Federal Employee

Title 18, United States Code, Section 111(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 9

Attempting to Murder a Federal Employee

Title 18, United States Code, Section 1114(3)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: SHEHERYAR ALAM QAZI

Case No: 12-60298-CR-BLOOM(s)

Count #: 1

Conspiring to Use Weapon of Mass Destruction

Title 18, United States Code, Section 2332A(a)

*Max. Penalty: Life Imprisonment

Count #: 2

Conspiring to Provide Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

* Max. Penalty: 15 Years' Imprisonment

Count #: 3

Providing Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

*Max. Penalty: 15 Years' Imprisonment

Count #: 4

Conspiring to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

*Max. Penalty: 15 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SHEHERYAR ALAM QAZI

**Case No:** 12-60298-CR-BLOOM(s)

Count #: 5

Attempting to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\*Max. Penalty:** 15 Years' Imprisonment

Count #: 6

Conspiring to Forcibly Assault a Federal Employee

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 8

Forcibly Assaulting a Federal Employee

Title 18, United States Code, Section 111(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 10

Attempting to Murder a Federal Employee

Title 18, United States Code, Section 1114(3)

**\*Max. Penalty:** 20 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.